MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

oOo

IN RE

HOPE EVANGELINE WILLIAMS
dba CHERYL'S APARTMENTS, a
sole proprietorship

Debtor(s).
_____/

BK-N- 09-54139
CHAPTER 11
Hearing Date: OST Pending
and Time:_____
Mtn No. _____
Est Time: 15 Minutes

### DECLARATION OF HOPE WILLIAMS IN SUPPORT OF MOTION FOR INTERIM AND FINAL ORDER PURSUANT TO 11 U.S.C. §363 AND FED. R. BANKR. P. RULE 4001(B)(2) TO USE CASH COLLATERAL

Hope Williams, being first duly sworn, deposes and under penalty of perjury avers:

1.     I am a resident of Truckee, California, and over 18 years of age. This declaration is based on my personal knowledge except for such matters as are stated on information and belief, and as to those items, I believe them to be true. This declaration is made in support of the Motion for Interim and Final Order pursuant to 11 U.S.C. §363 and Fed. R. Bankr. P. Rule 4001(b)(2) to use cash collateral in the above referenced proceeding and represents my testimony if called upon to present same in court.

2.     I am a resident of California, but my principal place of business is Reno, Nevada, which is where I operate the Motel located at

1

429 Evans Avenue, 447 Evans Avenue and 462 Evans Avenue, Reno, Nevada (herein "The Property").

3.    The Property is used as a Motel.

4.    On December 31, 2001, I purchased The Property from Mr. Panagiotou. To facilitate this transaction, I assumed the note and deed of trust executed between Mr. Panagiotou and Ms. Cairns. I also executed a note and deed of trust in favor of Mr. Panagiotou in the amount of $300,000.00.

5.    The payments to Ms. Cairns are made to Evergreen Note Servicing. On November 20, 2009 I went to Evergreen and obtained a copy of my payment history. A true and correct copy of that payment history has been attached hereto as Exhibit "1".

6.    I have a perfect payment record to Ms. Cairns, with the exception of the June of 2008 payment.

7.    The 1997 Note says the payments are due on the 2nd of each month. There is a 15 day grace period.

8.    As reflected by the payment history, there was a late charge imposed for the month of June of 2008.

9.    I mailed the June of 2008 payment within the 15 day grace period, but for some reason the payment got re-routed to Illinois.

10.    I explained what had happened, but despite my perfect payment record, Ms. Cairns refused to waive the late fee, which I promptly paid.

11.    The monthly rents on the Motel for October were approximately $14,000.00. This is a typical month where there are some vacancies. I use these rent monies to pay Ms. Cairns on her first deed of trust. I pay Mr. Panagiotou on his second deed of trust. I also pay for taxes, insurance and utilities for The Property. Those amounts are

$12,745.21 and accurately broken down in the accompanying motion for cash collateral.

12.   It is my wish to continue to collect and use the rent monies on the following conditions:

> I shall continue making monthly payments to Ms. Cairns of $5,508.73 starting for the month of December. I will make these payments within the grace period which is set forth in the original note,

> I shall continue making monthly payments to Mr. Panagiotou of $2,000.00,

> I shall continue paying all utilities, taxes, insurance and other costs associated with maintaining The Property.

13.   If I am not able to use these rents, I will not be able to pay these ongoing costs of operation and the tenants will leave if any of the services are terminated.

14.   This bankruptcy was the only way in which I could keep the property. I approached Ms. Cairns and explained that I had always made timely payments under the note. I attempted to reach some sort of accommodation with respect to the October 2, 2009 balloon payment. She refused and would not consider any alternative payment options.

15.   The grace period for the October payment expired on October 17, 2009. On October 29, 2009 Ms. Cairns filed a complaint for judicial foreclosure and an ex-parte motion for a receiver. I believe her sole motivation in doing this is that the rents are almost three times what her payment is on the property and that if she forecloses she not only wipes out the second deed of trust I executed in favor of Mr. Panagiotou, she also gets all of the rents.

16.   I have filed schedules with this Court which show that I owe Ms. Cairns $645,000.00. I have valued The Property at 1.6 million

3

dollars. If I hadn't filed this bankruptcy and Ms. Cairns was successful in her lawsuit, she would have recovered almost one million dollars in equity and monthly rents almost three times the payment on the note.

FURTHER YOUR AFFIANT SAYETH NOT

Dated: This _____ day of _____, 2009

*Hope Williams*

Hope Williams

Subscribed and sworn to before me this _____ day of _____, 2009

NOTARY PUBLIC

DOLORES STIGALL
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 93-0540-2 - Expires May 14, 2013

4

# Exhibit  1

# Exhibit  1



Evergreen Note Servicing
Reno Branch

295 Holcomb Avenue, Suite 3, Reno, NV 89502-1085

**Payment History Report**

11/20/2009

Page #:  1

| Account Number | 1070001238000 |
| --- | --- |
| Buyer Name | HOPE WILLIAMS |
| Seller Name | CHERYL L CAIRNS |

Project Code:
Effective Date Between    0    1/1/2004  To  11/20/2009

| Eff. Date | Type | Amount | Principal | Interest | Int. Paid To | Acc.Paid To | Fees | Lt.Chg.Assd. | Lt.Chg.Paid | Reserves Amt | Accrd.Int | Other | Balance | Posted |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11/05/2004 | Check | $5,508.73 | $824.48 | $4678.75 | 01/02/2004 | 01/02/2004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $700987.30 | Y |
| 12/09/2004 | Check | $5,508.73 | $829.98 | $4673.25 | 02/02/2004 | 02/02/2004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $700157.32 | Y |
| 03/03/2004 | Check | $5,508.73 | $835.51 | $4667.72 | 03/02/2004 | 03/02/2004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $699321.81 | Y |
| 04/06/2004 | Check | $5,508.73 | $841.08 | $4662.15 | 04/02/2004 | 04/02/2004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $698480.73 | Y |
| 05/07/2004 | Check | $5,508.73 | $846.69 | $4656.54 | 05/02/2004 | 05/02/2004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $697634.04 | Y |
| 06/14/2004 | Check | $5,508.73 | $852.34 | $4650.89 | 06/02/2004 | 06/02/2004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $696781.70 | Y |
| 07/09/2004 | Check | $5,508.73 | $858.02 | $4645.21 | 07/02/2004 | 07/02/2004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $695923.68 | Y |
| 08/10/2004 | Check | $5,508.73 | $863.74 | $4639.49 | 08/02/2004 | 08/02/2004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $695059.94 | Y |
| 09/09/2004 | Check | $5,508.73 | $869.50 | $4633.73 | 09/02/2004 | 09/02/2004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $694190.44 | Y |
| 10/04/2004 | Check | $5,508.73 | $875.29 | $4627.94 | 10/02/2004 | 10/02/2004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $693315.15 | Y |
| 11/15/2004 | Check | $5,508.73 | $881.13 | $4622.10 | 11/02/2004 | 11/02/2004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $692434.02 | Y |
| 12/10/2004 | Check | $5,508.73 | $887.00 | $4616.23 | 12/02/2004 | 12/02/2004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $691547.02 | Y |
| 01/13/2005 | Check | $5,508.73 | $892.92 | $4610.31 | 01/02/2005 | 01/02/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $690654.10 | Y |
| 02/11/2005 | Check | $5,508.73 | $898.87 | $4604.36 | 02/02/2005 | 02/02/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $689755.23 | Y |
| 03/09/2005 | Check | $5,508.73 | $904.86 | $4598.37 | 03/02/2005 | 03/02/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $688850.37 | Y |
| 04/14/2005 | Check | $5,508.73 | $910.89 | $4592.34 | 04/02/2005 | 04/02/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $687939.48 | Y |
| 05/13/2005 | Check | $5,508.73 | $916.97 | $4586.26 | 05/02/2005 | 05/02/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $687022.51 | Y |
| 06/14/2005 | Check | $5,508.73 | $923.08 | $4580.15 | 06/02/2005 | 06/02/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $686099.43 | Y |
| 07/12/2005 | Check | $5,508.73 | $929.23 | $4574.00 | 07/02/2005 | 07/02/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $685170.20 | Y |
| 08/15/2005 | Check | $5,508.73 | $935.43 | $4567.80 | 08/02/2005 | 08/02/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $684234.77 | Y |
| 09/07/2005 | Check | $5,508.73 | $941.66 | $4561.57 | 09/02/2005 | 09/02/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $683293.11 | Y |
| 10/12/2005 | Check | $5,508.73 | $947.94 | $4555.29 | 10/02/2005 | 10/02/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $682345.17 | Y |
| 11/14/2005 | Check | $5,508.73 | $669.95 | $4833.28 | 11/02/2005 | 11/02/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $681675.22 | Y |
| 2/12/2005 | Check | $5,508.73 | $674.70 | $4828.53 | 12/02/2005 | 12/02/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $681000.52 | Y |
| 01/12/2006 | Check | $5,508.73 | $679.48 | $4823.75 | 01/02/2006 | 01/02/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $680331.04 | Y |
| 02/14/2006 | Check | $5,508.73 | $684.29 | $4818.94 | 02/02/2006 | 02/02/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $679656.75 | Y |
| 03/13/2006 | Check | $5,508.73 | $689.14 | $4814.09 | 03/02/2006 | 03/02/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $678967.61 | Y |
| 04/13/2006 | Check | $5,508.73 | $694.02 | $4809.21 | 04/02/2006 | 04/02/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $678273.59 | Y |
| 05/12/2006 | Check | $5,508.73 | $698.93 | $4804.30 | 05/02/2006 | 05/02/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $677554.66 | Y |
| 06/12/2006 | Check | $5,508.73 | $703.88 | $4799.35 | 06/02/2006 | 06/02/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $676850.78 | Y |
| 07/12/2006 | Check | $5,508.73 | $708.87 | $4794.36 | 07/02/2006 | 07/02/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $676141.91 | Y |
| 08/07/2006 | Check | $5,508.73 | $713.89 | $4789.34 | 08/02/2006 | 08/02/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $675428.02 | Y |
| 09/13/2006 | Check | $5,508.73 | $718.95 | $4784.28 | 09/02/2006 | 09/02/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $674709.07 | Y |
| 10/12/2006 | Check | $5,508.73 | $724.04 | $4779.19 | 10/02/2006 | 10/02/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $673985.03 | Y |

Payment History Report

Page #: 2

**Account Number** 107000012380000
**Buyer Name** HOPE WILLIAMS
**Seller Name** CHERYL L CAIRNS

**Project Code:** 0
**Effective Date Between:** 1/1/2004 To 11/20/2009

| Eff. Date | Type | Amount | Principal | Interest | Int. Paid To | Acc. Paid To | Fees | Lt.Chg.Assd. | Lt.Chg.Paid | Reserves Amt | Accrd. Int | Other | Balance | Posted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/08/2006 | Check | $5,508.73 | $729.17 | $4774.06 | 11/02/2006 | 11/02/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $673255.86 | ✓ |
| 12/14/2006 | Check | $5,508.73 | $734.33 | $4768.90 | 12/02/2006 | 12/02/2006 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $672521.53 | ✓ |
| 01/16/2007 | Check | $5,508.73 | $739.54 | $4763.69 | 01/02/2007 | 01/02/2007 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $671781.99 | ✓ |
| 02/16/2007 | Check | $5,508.73 | $744.77 | $4758.46 | 02/02/2007 | 02/02/2007 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $671037.22 | ✓ |
| 03/15/2007 | Check | $5,508.73 | $750.05 | $4753.18 | 03/02/2007 | 03/02/2007 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $670287.17 | ✓ |
| 04/13/2007 | Check | $5,508.73 | $755.36 | $4747.87 | 04/02/2007 | 04/02/2007 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $669531.81 | ✓ |
| 05/04/2007 | Check | $5,508.73 | $760.71 | $4742.52 | 05/02/2007 | 05/02/2007 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $668771.10 | ✓ |
| 06/13/2007 | Check | $5,508.73 | $766.10 | $4737.13 | 06/02/2007 | 06/02/2007 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $668005.00 | ✓ |
| 07/10/2007 | Check | $5,508.73 | $771.53 | $4731.70 | 07/02/2007 | 07/02/2007 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $667233.47 | ✓ |
| 08/07/2007 | Check | $5,508.73 | $776.99 | $4726.24 | 08/02/2007 | 08/02/2007 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $666456.48 | ✓ |
| 09/10/2007 | Check | $5,508.73 | $782.50 | $4720.73 | 09/02/2007 | 09/02/2007 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $665673.98 | ✓ |
| 10/15/2007 | Check | $5,508.73 | $788.04 | $4715.19 | 10/02/2007 | 10/02/2007 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $664885.94 | ✓ |
| 11/13/2007 | Check | $5,508.73 | $793.62 | $4709.61 | 11/02/2007 | 11/02/2007 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $664092.32 | ✓ |
| 12/14/2007 | Check | $5,508.73 | $799.24 | $4703.99 | 12/02/2007 | 12/02/2007 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $663293.08 | ✓ |
| 01/09/2008 | Check | $5,508.73 | $804.90 | $4698.33 | 01/02/2008 | 01/02/2008 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $662488.18 | ✓ |
| 02/15/2008 | Check | $5,508.73 | $810.61 | $4692.62 | 02/02/2008 | 02/02/2008 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $661677.57 | ✓ |
| 03/13/2008 | Check | $5,508.73 | $816.35 | $4686.88 | 03/02/2008 | 03/02/2008 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $660861.22 | ✓ |
| 04/15/2008 | Check | $5,508.73 | $822.13 | $4681.10 | 04/02/2008 | 04/02/2008 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $660039.09 | ✓ |
| 05/12/2008 | Check | $5,508.73 | $827.95 | $4675.28 | 05/02/2008 | 05/02/2008 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $659211.14 | ✓ |
| 06/20/2008 | Check | $5,508.73 | $833.82 | $4669.41 | 06/02/2008 | 06/02/2008 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $658377.32 | ✓ |
| 07/02/2008 | Check | $5,508.73 | $839.72 | $4663.51 | 07/02/2008 | 07/02/2008 | $5.50 | $275.16 | $0.00 | $0.00 | $0.00 | $0.00 | $657537.60 | ✓ |
| 07/29/2008 | Check | $275.16 | $0.00 | $0.00 | 07/02/2008 | 07/02/2008 | $0.00 | $0.00 | $275.16 | $0.00 | $0.00 | $0.00 | $657537.60 | ✓ |
| 08/11/2008 | Check | $5,508.73 | $840.17 | $4657.56 | 08/02/2008 | 08/02/2008 | $11.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $656697.43 | ✓ |
| 09/09/2008 | Check | $5,508.73 | $851.62 | $4651.61 | 09/02/2008 | 09/02/2008 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $655845.81 | ✓ |
| 10/10/2008 | Check | $5,508.73 | $857.66 | $4645.57 | 10/02/2008 | 10/02/2008 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $654988.15 | ✓ |
| 11/10/2008 | Check | $5,508.73 | $863.73 | $4639.50 | 11/02/2008 | 11/02/2008 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $654124.42 | ✓ |
| 12/09/2008 | Check | $5,508.73 | $869.85 | $4633.38 | 12/02/2008 | 12/02/2008 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $653254.57 | ✓ |
| 01/13/2009 | Check | $5,508.73 | $876.01 | $4627.22 | 01/02/2009 | 01/02/2009 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $652378.56 | ✓ |
| 02/03/2009 | Check | $5,508.73 | $882.22 | $4621.01 | 02/02/2009 | 02/02/2009 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $651496.34 | ✓ |
| 03/13/2009 | Check | $5,508.73 | $888.46 | $4614.77 | 03/02/2009 | 03/02/2009 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $650607.88 | ✓ |
| 04/16/2009 | Check | $5,508.73 | $894.76 | $4608.47 | 04/02/2009 | 04/02/2009 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $649713.12 | ✓ |
| 05/15/2009 | Check | $5,508.73 | $901.10 | $4602.13 | 05/02/2009 | 05/02/2009 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $648812.02 | ✓ |
| 06/15/2009 | Check | $5,508.73 | $907.48 | $4595.75 | 06/02/2009 | 06/02/2009 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $647904.54 | ✓ |
| 07/14/2009 | Check | $5,508.73 | $913.91 | $4589.32 | 07/02/2009 | 07/02/2009 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $646990.63 | ✓ |
| 08/17/2009 | Check | $5,508.78 | $920.43 | $4582.85 | 08/02/2009 | 08/02/2009 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $646070.20 | ✓ |
| 09/16/2009 | Check |  | $926.90 | $4576.33 | 09/02/2009 | 09/02/2009 | $5.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $645143.30 | ✓ |
| | | $380377.58 | $56668.48 | $323048.94 | | | $192.50 | $275.16 | $275.16 | $0.00 | $0.00 | $0.00 | | |