MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE

HOPE EVANGELINE WILLIAMS
dba CHERYL'S APARTMENTS, a
sole proprietorship

    Debtor(s).
_____/

BK-N- 09-54139
CHAPTER 11
Hearing Date: OST Pending
and Time:_____
Mtn No. _____
Est Time: 15 Minutes

### EX PARTE MOTION TO SHORTEN TIME TO HEAR MOTION FOR INTERIM AND FINAL ORDER PURSUANT TO 11 U.S.C. §363 AND FED. R. BANKR. P. RULE 4001(B)(2) TO USE CASH COLLATERAL

COMES NOW Debtor above named by and through undersigned counsel and files the following Motion to Shorten Time to Hear her Motion for Interim and Final Order pursuant to 11 U.S.C. §363 and Fed. R. Bankr. P. Rule 4001(b)(2) to use cash collateral.

Ms. Williams' principal business is the operation of three properties located at 429 Evans Avenue, 447 Evans Avenue and 462 Evans Avenue, Reno, Nevada (herein "The Property"). The Property is operated as a Motel and it generates rents.

Ms. Williams has filed a motion to use cash collateral under the following conditions:

1

(1) She shall continue making monthly payments to Ms. Cairns of $5,508.73 starting for the month of December. She will make these payments within the grace period which is set forth in the original note,

(2) She shall continue making monthly payments to Mr. Panagiotou of $2,000.00,

(3) She shall continue paying all utilities itemized above on a current basis, and

(4) She shall file timely monthly operating reports.

Dan Corder, Esq. is counsel for Ms. Cairns. A draft of the cash collateral motion was sent to Mr. Corder Tuesday, November 24, 2009 to see if his client would consent to the use of the rents with these conditions. While Mr. Corder could not consent to the use of cash collateral, he did consent to have the matter heard on shortened time so long as it is not heard on December 2 through December 4, 2009.

Also, Mr. Lehners has arranged for Nathan Zeltzer, Esq. to cover the hearing on the motion as he will be out of the country from November 28, 2009 through December 13, 2009.

Bankruptcy Rule 9006(c) allows the court to reduce the time for taking action except that allowed under Rules 2002(a)(4) *{Filing of Claims against a surplus estate}*, 2002(a)(8) *{Filing proofs of claim pursuant to Rule 3003(c)}*, 2003(a) *{341 Hearing}*, 3002(c) *{Proofs of Claim in Chapter 13 and 7}*, 3014 *{1111(b) election}*, 3015 *{Filing of Chapter 13 Plan}*, 4001(b)(2) *{Use of Cash Collateral}*, 4001(c)(2) *{Obtaining Credit}*, 4003(a) *{Claim of Exemptions}*, 4004(a) *{Time to File Complaint Objecting to Discharge}*, 4007(c) *{Time to File Complaint under §523(c)}*, 8002 *{Time for Filing Notice of Appeal}* and 9033(b) *{Objections to Findings of Fact in Non-Core Proceedings}*.

The instant motion falls under Rule 4001(b)(2). Therefore, counsel is seeking preliminary permission to use the rents which will be paid in December on shortened time. Thereafter, the Court can set a final hearing on the cash collateral issue at a later time.

Dated: This  25  day of  November , 2009

By: _____
Michael Lehners, Esq.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331