MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695

*Exh 3/20/10*

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

oOo

IN RE

HOPE EVANGELINE WILLIAMS dba
CHERYL'S APARTMENTS, a sole
proprietorship

           Debtor(s).
_____/

BK-N- 09-54139
CHAPTER 11
Hearing Date: _____
and Time:_____
Mtn No. _____
Est Time: 25 Minutes
<u>DEBTOR'S DISCLOSURE STATEMENT</u>
**11  U.S.C.  §1125**

## I
## INTRODUCTION

The Bankruptcy Code, Title 11 of the United States Code, under which the above-referenced matter was filed, requires that "debtors-in-possession" submit a written summary of their financial affairs and prospects for reorganization to all creditors and interested parties, prior to a vote on the debtor's proposed Plan of Reorganization. This particular document is not that plan, but rather a statement of what the debtor believes to be true about her financial condition.

### 1.1    Purpose of the Disclosure Statement

The purpose of this statement is to give creditors precise information upon which to base their votes on the debtor's plan. As such this Disclosure Statement requires Bankruptcy Court approval before the plan may be considered by the creditors and the Court. If you believe this statement does not contain enough information, or is in some other way not in compliance with §1125 of the Bankruptcy Code, then you are entitled to file written objections with the Court prior to the hearing on this statement.

### 1.2    Approval of Disclosure Statement

1

Approval of this Disclosure Statement in no way implies that the Bankruptcy Court has endorsed the Plan of Reorganization, nor is it a guarantee of the accuracy or completeness of the information contained herein. The debtor and counsel have attempted to make this statement as accurate and complete as possible. The information contained herein has not been the subject of an audit. No representations concerning the debtor and the prospects for the debtor's financial rehabilitation are authorized by the debtor except as set forth herein. The debtor is the sole and exclusive source of information upon which these representations are made. Upon the approval of this Disclosure Statement the debtor will solicit acceptances of the Plan.

### 1.3    Approval of Plan

In order for any plan of reorganization to be approved and thus become binding on all creditors, each class of creditors must accept the plan in a majority in number and by the 2/3 in amount. Those who do not vote will be deemed to have accepted the plan as proposed. Ballots and deadlines for voting will be provided upon the approval hereof.

## II

## DESCRIPTION OF THE DEBTOR

The Debtor is an individual person, as compared to an artificial entity. She is 70 years old. Ms. Williams is a nurse. She receives a salary from Westhill Hospital. She also receives Social Security and pension income. In addition, Ms. Williams operates a motel and collects rents. The motel consists of three properties. The properties are located at 429 Evans Avenue, 447 Evans Avenue and 462 Evans Avenue, Reno, Nevada (herein "The Motel"). The Motel is subject to a first deed of trust in favor of Cheryl Cairns, and a second in favor of Michael Panagiotou.

## III

## PRE AND POST PETITION EVENTS

### 3.1    Events leading to Bankruptcy

On or about September 29, 1997 Cheryl Cairns sold The Motel to Mike Panagiotou. To facilitate this purchase, Mr. Panagiotou executed a note and deed of trust in favor of Ms. Cairns in the principal amount of $750,000.00. This note bears interest at 8%, but in year eight the interest increases to $8.5%. The note calls for monthly payments of $5,503.23. The payments

2

commence on November 2, 1997 and all remaining sums fell due on October 2, 2009. The deed of trust has a rents clause in it. .

On December 31, 2001 Ms. Williams purchased The Motel from Mr. Panagiotou. Ms. Williams assumed the note and first deed in favor of Ms. Cairns. She also executed a second deed of trust in favor of Mr. Panagiotou in the amount of $300,000.00. This deed of trust also has a rents clause in it. After the sale, Ms. Cairns continued to accept payments under the note.

Prior to the filing of the bankruptcy, Ms. Williams had made all payments with the exception of the October of 2009 balloon. Ms. Cairns would not extend the note when it came due in October of 2009. When Ms. Cairns filed a receivership action against Ms. Williams in state court, this bankruptcy followed.

## 3.2    Development since the filing of this Case.

The case was filed on November 19, 2009. On November 24, 2009 the Bankruptcy Court entered its order employing Mr. Lehners and Mr. Zeltzer for the bankruptcy estate. On November 25, 2009 Ms. Williams filed her motion for the use of cash collateral. The motion was heard on December 9, 2009. On January 11, 2010 the Court entered an Interim Order Granting Permission to Use Cash Collateral.

This Order allowed Ms. Williams to use the rents from The Property under the following conditions: She was to make adequate protection payments in the amount of $5,503.23 to Cheryl Cairns on or before the 17th day of each month commencing in the month of December, 2009, and continuing each month thereafter until further order of Court. She was to employ a licensed building inspector to provide a written report of the condition of The Property on or before February 1, 2010. She was to file a detailed budget for the proposed further use of Ms. Cairns' cash collateral on or before February 1, 2010. She was to file timely monthly operating reports.

The Court further ordered a final hearing on the use of cash collateral. The hearing was set for February 18, 2009. On December 29, 2009 Ms. Williams filed a motion for the nunc pro tunc approval of ordinary course expenses. This motion was heard at the same time as the final hearing on the use of cash collateral.

3

On March 17, 2010 the Bankruptcy Court issued its order regarding cash collateral and approval of ordinary course expenses. The order provided that all of the income from The Motel is to be deposited into a separate debtor-in-possession account. The cash collateral is to be used only for motel related expenses and to make the adequate protection payments previously ordered. Any balance remaining in the account following the payment of such expenses shall remain sequestered. Ms. Williams is allowed to use her personal income for motel related expenses. She is to file timely monthly operating reports and maintain accurate books and records. She is to file a plan and disclosure statement no later than March 26, 2010, and if she defaults with respect to any of these conditions, Ms. Cairns may apply to the Court for an order shortening the time to hear a motion for stay relief. Ms. Williams is to surrender one of her three vehicles. The Bankruptcy Court is to hold a status hearing to determine if she may retain a second vehicle and the Washington home. This status hearing is to take place at the time of the hearing on this Disclosure Statement.

On January 26, 2010, Henderson Engineers completed a report for the condition of the motel. A copy of this report was attached to the Declaration of Daniel S. Corder in Support of Cheryl Cairns' Opposition to Debtor's Motion for Use of Cash Collateral which was filed with this Court on February 10, 2010 as Docket No. 63.

### 3.4    Sales of Real Property.

There have been no sales of real property.

### 3.5    Sales of Personal Property.

There have been no sales of personal property.

**IV**

**ASSETS**

### 4.1    Personal Property of the Debtor

On December 17, 2009, Ms. Williams filed Schedule "B" which itemized all of her personal property. The total value of this property was $67,355.00. All but $8,650.75 is exempt. The values and exemption statutes have been placed into a spreadsheet. A copy of this spreadsheet has been attached hereto as Exhibit "1".

4

### 4.2   Real Property of the Debtor

A.   The Motel:

In November of 2007 the Motel appraised for $1,630,000.00. Ms. Williams listed a value of 1.6 million dollars in her schedules. In her opposition to Ms. Williams' motion to use cash collateral, Ms. Cairns indicated she believes it is worth far less than this appraised value, but she assumed a net of $949,629.49 if it is sold.

In the interest of full disclosure, the 2007 appraisal is outdated. In Northern Nevada, property values have significantly decreased since 2007. The true value of the motel is more likely to be near the figure proposed by Ms. Cairns.

In her opposition to Ms. Williams' motion to use cash collateral, Ms. Cairns said she will be owed $710,000.00 by the final hearing. Mr. Panagiotou is owed $240,000.00. If Ms. Cairn's number is accepted, there is no equity in this property and a sale will just pay both claims in full.

B.   The Washington Home:

On March 12, 2010 Ms. Williams received a comparative market analysis report from Kenny Pleasant. Mr. Pleasant is a Real Estate Agent with Keller-Williams in Bellevue Washington. He found the home to be worth $110,000.00. A copy of his comparative market analysis is attached hereto as Exhibit "2".

In the interest of full disclosure, Mr. Pleasant did not represent himself as a licensed real estate appraiser. Rather, he was performing a market analysis, which is in the scope of his duties as a Real Estate Salesman. His opinion should not be weighted the same as an appraisal from a licensed real estate appraiser.

Ms. Williams has scheduled U.S. Bank as having a first deed of trust on this property in the amount of $127,230.00. There is no equity in this property.

C.   The Truckee Residence:

On February 20, 2010 Ms. Williams received a letter from Chris Carrol, who is a Real Estate Agent with Century 21 in Truckee, California. He performed an analysis of Ms.

Williams' residence. He found the value to be between $395,000.00 and $445,000.00. A copy of his letter is attached hereto as Exhibit "3".

In the interest of full disclosure, Mr. Carrol did not represent himself as a licensed real estate appraiser. Rather, he was performing a property analysis, which is in the scope of his duties as a Real Estate Salesman. His opinion should not be weighted the same as an appraisal from a licensed real estate appraiser.

Ms. Williams has scheduled Citimortgage as having a first deed of trust on this property in the amount of $123,561.00. She has scheduled Citibank HELOC as having a second deed of trust on this property in the amount of $275,000.00. This would yield total debt of $398,561.00, and a maximum equity of $46,439.00. This equity is protected by California's homestead exemption codified at CCP 704.730.

**V**

### 5.1    Liquidation Analysis

In a hypothetical chapter seven, the Trustee would liquidate Ms. Williams' non-exempt property. The only real property with equity in it is Ms. Williams' residence, which has a maximum equity of $46,439.00. This equity has been claimed exempt under California's homestead exemption, and it would not be liquidated by the Trustee. There is no equity in the motel or the Washington home.

Ms. Williams' personal property is worth $67,355.00. All but $8,650.75 is exempt. In a hypothetical chapter seven, the Chapter Seven Trustee would distribute $8,650.75 to unsecured creditors in order of priority.

**V**

### INCOME AND EXPENSE

### 5.1    Income Sources

#### A.    Personal income and expenses:

Ms. Williams has four sources of personal income. She earns $3,458.65 per month as a nurse with Westhill. She receives $200.00 per month from her daughter, who lives in the

6

Washington home. She receives $1,700.00 per month from Social Security, and she receives $638.00 per month from a pension. Her total personal income is $5,996.65.

Prior to the March 17, 2010 Order regarding cash collateral and ordinary course expenses, Ms. Williams had personal expenses of $6,252.00. Those are itemized as follows:

| Personal Expenses | Monthly Amount |
|---|---|
| Home Mortgage | $1,452.00 |
| Electricity & Heating Fuel | $300.00 |
| Telephone | $100.00 |
| Cable/Garbage | $75.00 |
| Home Maintenance | $100.00 |
| Food | $300.00 |
| Clothing | $25.00 |
| Laundry & Dry Cleaning | $10.00 |
| Medical & Dental | $50.00 |
| Transportation | $150.00 |
| Charitable contributions | $50.00 |
| Homeowner's insurance | $220.00 |
| Auto insurance | $200.00 |
| Property tax | $200.00 |
| Saturn payment | $467.00 |
| Prius payment | $399.00 |
| Dodge payment | $372.00 |
| 2nd Mortgage residence | $643.00 |
| Washington mortgage | $1,124.00 |
| Personal grooming | $15.00 |
| Total Personal Expenses | $6,252.00 |

After the Court issued its March 17, 2010 Order, Ms. Williams was required to surrender one of her vehicles. She selected the Prius, which is $399.00 per month. Her monthly expenses now total $5,853.00.

B.    Business income and expenses:

On December 29, 2009 Ms. Williams filed a Declaration in support of her motion to approve ordinary expenses (Docket No. 50). Attached as Exhibit 1 to that declaration was an average of the motel's income and expenses from January of 2009 through November of 2009. The motel has continued operations since that time. Ms. Williams has supplemented this spreadsheet and attached a copy as Exhibit "4" to this Disclosure Statement.

The amended spreadsheet includes income and expenses for the months of December 2009 through February of 2010. The motel made a profit in December, but had losses for both January and February of 2010. This brought the average profit down from $240.25 to $111.26.

7

# VI
# CLAIMS

## 6.1 Unsecured Priority Claims (Class 1)

Class 1.          Nathan Zeltzer and Michael Lehners.

Ms. Williams owes no taxes. Michael Lehners, Esq. and Nathan Zeltzer, Esq. were employed by the estate on November 24, 2009. Ms. Williams paid a pre-petition retainer of $15,789.00. As of March 25, 2010 Mr. Lehners and Mr. Zeltzer have an administrative claim of $17,580.00[1]. This includes the $1,039.00 filing fee. Assuming these fees are approved, and after payment from the trust account, there would be a remaining administrative balance of $1,791.00 to be paid through the plan, plus whatever fees are incurred and approved up through plan confirmation.

## 6.2 Claims secured by the Motel (Class 2 and Class 3)

Class 2.          Cheryl Cairns

Ms. Cairns holds a first deed of trust on the motel. She is owed approximately $710,000.00.

Class 3.          Mike Panagiotou

Mr. Panagiotou holds a second deed of trust on the motel. He is owed approximately $240,000.00.

## 6.3 Claims Secured by Vehicles the Debtor Intends to Keep (Class 4 and Class 5)

Class 4          Chase Auto Finance

Chase Auto Finance holds a security interest in Ms. Williams' 2009 Saturn. It is owed approximately $20,720.00.

Class 5.          Chrysler Financial

Chrysler Financial holds a security interest in Ms. Williams' 2006 Dodge. It is owed approximately $12,639.00.

## 6.4 Claims Secured by Vehicles the Debtor Intends to Surrender (Class 6)

---

[1] The claim is primarily owed to Mr. Lehners. Mr. Zeltzer's fees total $2,000.00, and this amount has been advanced to him from Mr. Lehners' trust account

Class 6.    Toyota Financial Services

Toyota Financial Services holds a security interest in Ms. Williams' 2008 Prius. It is owed approximately $20,543.00

### 6.5 Claims Secured by the Debtor's Residence (Class 7 and Class 8)

Class 7.    CitiMortgage

CitiMortgage holds a first deed of trust on Ms. Williams' residence. It is owed approximately $123,561.00.

Class 8.    CitiBank HELOC

CitiBank HELOC holds a second deed of trust on Ms. Williams' residence. It is owed approximately $275,000.00.

### 6.6 Claims Secured by the Washington Home (Class 9)

Class 9.    U.S. Bank Home Mortgage

U.S. Bank Home Mortgage holds a first deed of trust on Ms. Williams' Washington home. It is owed approximately $127,230.00.

### 6.7 Executory Obligations (Class 10)

Class 10.    Trinity Vendor Finance

Trinity Vendor Finance has leased the heating equipment for the motel. This lease shall be assumed.

### 6.8 Unsecured Non-priority Claims (Class 11)

Class 11.    Unsecured Non-Priority creditors.

The Schedules filed in this case indicate that on the Petition Date Ms. Williams' unsecured non-priority claims were $139,849.00. It is possible Toyota Financial Services may assert a deficiency after selling Ms. Williams' Prius. It is possible that Michael Panagiotou may assert a deficiency in the event the net sale proceeds fail to pay his claim in full. It is impossible to forecast if these deficiencies will in fact exist as the sale price of the Motel and the Prius cannot be known or estimated beforehand.

## VII
## MEANS TO IMPLEMENT THE PLAN

### 7.1 Funding

9

Ms. Williams will fund the plan by making payments of $400.00 per month for five years. In addition, she will list the motel for sale with Brian Egan of Egan Commercial Real Estate. At the time this Disclosure Statement is being written, Mr. Egan has not issued a formal opinion of what he expects the property to sell for, the length of time on the market or the estimated closing costs, including commissions.

Ms. Williams will supplement this Disclosure Statement when said information is made available.

**7.2  Treatment of and Projected Distribution to Creditors.**

A.      Class 1

Class 1 claims are entitled to priority under 11 U.S.C. 507(a). They shall be paid in full before any other unsecured claims set forth under this plan, in deferred cash payments. This class is unimpaired.

B.      Class 2

Class Two creditor Cheryl Cairns shall continue to receive monthly payments of $5,503.28 until a sale of the Motel whereupon she shall be paid in full. This creditor is impaired.

C.      Class 3

Class Three creditor Mike Panagiotou shall continue to receive monthly payments of $2,000.00 until a sale of the Motel whereupon his claim shall be paid in full up to the amount of available proceeds. This creditor shall be given an unsecured claim for any deficiency. This creditor is impaired. Based upon the value of the motel and its unique nature, it is anticipated that this creditor will not be paid in full from a sale of the motel. This creditor is impaired.

D.      Class 4

Class Four creditor Chase Auto Finance. This debt shall not be modified by the plan. This creditor shall retain its lien, and Ms. Williams shall continue making regular monthly payments throughout the life of the plan. This creditor is not impaired.

E.      Class 5

1 0

Class Five creditor Chrysler Financial. This debt shall not be modified by the plan. This creditor shall retain its lien, and Ms. Williams shall continue making regular monthly payments throughout the life of the plan. This creditor is not impaired.

F.    Class 6

Class Six creditor Toyota Financial Services. Ms. Williams shall surrender the 2008 Prius to this creditor. In the event that there is a deficiency following the sale of this vehicle, then this Creditor shall be treated as a Class 11 unsecured creditor. This creditor is impaired.

G.    Class 7

Class Seven Creditor CitiMortgage.  This debt shall not be modified by the plan. This creditor shall retain its lien, and Ms. Williams shall continue making regular monthly payments throughout the life of the plan. This creditor is not impaired.

H.    Class 8

Class Eight creditor CitiBank HELOC. This debt shall not be modified by the plan. This creditor shall retain its lien, and Ms. Williams shall continue making regular monthly payments throughout the life of the plan. This creditor is not impaired.

I.    Class 9

Class Nine creditor U.S. Bank Home Mortgage. This debt shall not be modified by the plan. This creditor shall retain its lien, and Ms. Williams shall continue making regular monthly payments throughout the life of the plan. This creditor is not impaired.

J.    Class 10

Class Ten creditor Trinity Vendor Finance. This executory obligation shall be assumed upon confirmation of the plan. This creditor is not impaired.

K.    Class 11

Class Eleven creditors are non-priority unsecured claims. These consist of the claims set forth in Schedule "F" as well as any deficiency claims which may arise from treatment of secured claims by the plan. After payment in full of Class One claims, these creditors shall be paid pro-rata to the extent that funds are available from Ms. Williams' monthly plan payments

1 1

and any surplus equity which may be realized after the sale of the motel. It is anticipated that these creditors shall receive no distribution through the plan. This class is impaired.

Dated: This _25_ day of _March_ , 2010

By: _____
Michael Lehners, Esq.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331

1 2

# Exhibit 1

# Exhibit 1

Exempt Property

| Description of Asset | Value | Secured Debt | Net Equity of Asset | Exemption Amount | Exemption Statute | Non-Exempt Value |
|---|---|---|---|---|---|---|
| Cash/Bank Accounts | $1,155.00 | $0.00 | $1,155.00 | $866.25 | CCP 706.050/070 | $288.75 |
| Household Goods | $5,000.00 | $0.00 | $5,000.00 | $5,000.00 | CCP 706.020 | $0.00 |
| Clothing | $200.00 | $0.00 | $200.00 | $200.00 | CCP 706.020 | $0.00 |
| Federal Retirement | $0.00 | $0.00 | $0.00 | $0.00 | CCP 706.110(b) | $0.00 |
| Actual 2009 Tax Refund | $1,112.00 | $0.00 | $1,112.00 | $0.00 | N/A | $1,112.00 |
| 2009 Saturn | $20,000.00 | $20,720.00 | ($720.00) | $0.00 | N/A | $0.00 |
| 2008 Prius | $18,000.00 | $20,543.00 | ($2,543.00) | $0.00 | N/A | $0.00 |
| 2006 Dodge Dakota | $10,000.00 | $12,639.00 | ($2,639.00) | $0.00 | N/A | $0.00 |
| Office Equipment | $1,000.00 | $0.00 | $1,000.00 | $1,000.00 | CCP 704.060(a) | $0.00 |
| Motel Furnishings | $10,000.00 | $0.00 | $10,000.00 | $2,750.00 | CCP 704.060(a) | $7,250.00 |
| Totals | $66,467.00 | | $12,565.00 | $9,816.25 | | $8,650.75 |

Page 1

# Exhibit  2

# Exhibit  2

## FW: CMA-Graham home

From:  ⊐ **Hope Williams** (hopew88@hotmail.com)
Sent:  Fri 3/12/10 4:58 PM
To:    michael lehners (michaellehners@yahoo.com)

   📎 1 attachment
      201002191...pdf (146.5 KB)

---

From: hopew88@hotmail.com
To: mikelehners@yahoo.com
Subject: FW: CMA-Graham home
Date: Fri, 19 Feb 2010 16:06:06 -0800

Please print this for the file.
Thanks!
Hope

---

Date: Fri, 19 Feb 2010 11:57:22 -0800
From: kennypleasant@yahoo.com
Subject: Fw: CMA-Graham home
To: hopew88@hotmail.com

Based on the comparables your home is worth
approximately $110,000. This is just an estimate.

Thank you
Kenny Pleasant

MLS CMA Report (216)                                                                                    Page 1 of 1

# CMA Report
## Sorted by Custom Sort

Listings as of 02/19/10 at 11:12am                                                                          Page 1
Property Type Residential Statuses Active, Contingent, Pending BU Requested (8/23/2009 or after) , Pending Feasibility (8/23/2009 or after) , Pending Inspection (8/23/2009 or after) , Pending (8/23/2009 or after) , Sold (8/23/2009 or after) Radius Address 24718 52 Ave E, graham, wa Radius 2.00 Miles Style Code excluded 10-1 Story AND 11-1 1/2 Story AND 12-2 Story AND 13-Tri-Level AND 14-Split Entry AND 15-Multi Level AND 16-1 Story w/Bsmnt. AND 17-1 1/2 Stry w/Bsmt AND 18-2 Stories w/Bsmnt AND 24-Houseboat AND 32-Townhouse
RESIDENTIAL

### ACTIVE Properties

| Address | City | Map | Bd | Bth | SqFt | LotSz | Year | Date | $/SqFt | CDOM | Orig Price | List Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25005 43RD Ave E | Spanaway | 914, D2 | 3 | 2 | 1,335 | 0.290ac | 1998 | 10/23/09 | 74.83 | 113 | 115,900 | 99,900 |
| 3113 253rd St Ct E | Spanaway | 914, C1 | 3 | 2 | 1,300 | 0.430ac | 1985 | 07/16/09 | 92.31 | 218 | 145,000 | 120,000 |
| 4214 252nd St Ct E | Spanaway | 914, C1 | 3 | 2 | 1,512 | 17183sf | 1993 | 12/11/09 | 95.57 | 70 | 149,500 | 144,500 |
| 4616 228th St E | Spanaway | 894, E6 | 2 | 1 | 630 | 1.960ac | 1965 | 12/28/09 | 238.02 | 53 | 149,950 | 149,950 |
| 6005 257th St E | Graham | 914, G2 | 3 | 2 | 1,440 | 0.190ac | 1978 | 10/30/09 | 50.00 | 112 | 90,000 | 72,000 |
| 4720 239th St Ct E | Graham | 894, E7 | 3 | 2 | 1,500 | 0.590ac | 1988 | 02/05/10 | 56.67 | 14 | 85,000 | 85,000 |
| 4814 233rd St Ct E | Spanaway | 894, E6 | 3 | 1 | 1,080 | 0.290ac | 1985 | 01/21/10 | 82.41 | 29 | 88,999 | 88,999 |
| 3215 252nd St Ct E | Spanaway | 894, C1 | 3 | 2 | 1,620 | 0.500ac | 1992 | 11/20/09 | 64.20 | 84 | 130,000 | 104,000 |
| 25509 37th Ave Ct E | Spanaway | 914, C2 | 3 | 2 | 1,512 | 0.170ac | 1985 | 01/29/10 | 72.09 | 21 | 109,000 | 109,000 |
| 23208 48th Ave Ct E | Spanaway | 894, E6 | 3 | 1 | 0 | 1.4459sf | 1985 | 11/19/09 | 0.00 | 92 | 110,000 | 110,000 |
| 6313 241st St E | Graham | 894, G7 | 3 | 2 | 1,778 | 1.000ac | 1993 | 12/16/09 | 65.80 | 11 | 117,000 | 117,000 |
| 24901 50th Ave E | Graham | 914, E1 | 1 | 1 | 852 | 25530sf | 1965 | 07/22/09 | 146.71 | 212 | 125,000 | 125,000 |
| 5611 258th St Ct E | Graham | 914, G4 | 3 | 2 | 1,188 | 0.240ac | 1986 | 01/30/10 | 113.59 | 99 | 134,950 | 134,950 |
| 5804 251st St Ct E | Graham | 914, F2 | 3 | 2 | 1,440 | 1.240ac | 1980 | 09/08/09 | 117.29 | 164 | 189,900 | 168,900 |
| 3307 224th St | Spanaway | 894, C5 | 3 | 2 | 1,344 | 1.140ac | 1982 | 09/03/09 | 140.63 | 169 | 189,000 | 189,000 |
| Listing Count 15 | | Averages | | | 1,324 | | | | 100.72 | 97 | 128,613 | 121,213 |
| | | | | | High 189,000 | | | | Low 72,000 | | Median 117,000 | |

### PENDING INSPECTION Properties

| Address | City | Map | Bd | Bth | SqFt | LotSz | Year | Date | $/SqFt | CDOM | Orig Price | List Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4412 277th St Ct E | Spanaway | 914, D5 | 3 | 2 | 1,296 | 1.250ac | 1985 | 02/09/10 | 108.02 | 8 | 140,000 | 140,000 |
| Listing Count 1 | | Averages | | | 1,296 | | | | 108.02 | 8 | 140,000 | 140,000 |
| | | | | | High 140,000 | | | | Low 140,000 | | Median 140,000 | |

### PENDING Properties

| Address | City | Map | Bd | Bth | SqFt | LotSz | Year | Date | $/SqFt | CDOM | Orig Price | List Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22712 61st Ave E | Spanaway | 894, F6 | 4 | 2 | 1,770 | 1.260ac | 1991 | 02/12/10 | 67.80 | 28 | 120,000 | 120,000 |
| Listing Count 1 | | Averages | | | 1,770 | | | | 67.80 | 28 | 120,000 | 120,000 |
| | | | | | High 120,000 | | | | Low 120,000 | | Median 120,000 | |

### SOLD Properties

| Address | City | Map | Bd | Bth | SqFt | LotSz | Year | Date | $/SqFt | CDOM | Orig Price | List Price | Sale Price | SP % LP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4517 249th St E | Spanaway | 914, D2 | 3 | 2 | 1,280 | 1.730ac | 1992 | 09/08/09 | 142.06 | 7 | 169,500 | 169,500 | 179,000 | 105.60 |
| 24609 32 Ave E | Spanaway | 914, C1 | 2 | 2 | 2,016 | 1.250ac | 1984 | 11/13/09 | 96.73 | 54 | 210,000 | 210,000 | 195,000 | 92.86 |
| 3407 253rd St Ct E | Spanaway | 914, C2 | 3 | 2 | 1,404 | 55321sf | 1992 | 10/15/09 | 92.59 | 333 | 179,000 | 142,950 | 130,000 | 90.94 |
| 22715 53rd Ave E | Spanaway | 894, E5 | 3 | 2 | 1,284 | 0.440ac | 1991 | 12/18/09 | 114.10 | 142 | 150,000 | 150,000 | 146,500 | 97.67 |
| Listing Count 4 | | Averages | | | 1,491 | | | | 111.37 | 134 | 177,125 | 168,113 | 162,625 | 96.74 |
| | | | | | High 195,000 | | | | Low 130,000 | | | | Median 162,750 | |

| Report Count 21 | | Report Averages | | | 1,378 | | | | 101.57 | 97 | 137,986 | 130,983 | 162,625 |
| | | | | | | | | | | | | | Median 162,625 |

*Presented By: Kenny Pleasant / Keller Williams Rlty Bellevue Phone: 206-618-4566*
Featured properties may not be listed by the office/agent presenting this brochure.                (0040 -0)
Information From Reliable Sources, But Not Guaranteed.
Copyright ©2010 Rapattoni Corporation. All rights reserved.

Realist                                                                                                              Page 1 of 2

## Property Detail Report

Subject Property

**24718 52nd Ave E**
**Graham, WA 98338-9518**
**Pierce County**

### Owner Info:

| | |
|---|---|
| Owner Name : **Williams Hope E** | Recording Date : **06/26/2000** |
| Tax Billing Address : **Po Box 2588** | Annual Tax : **$1,748** |
| Tax Billing City & State : **Truckee Ca** | County Use Code : **Mh Title Elim** |
| Tax Billing Zip : **96160** | State Use : **Residential** |
| Tax Billing Zip+4 : **2588** | Universal Land Use : **Mobile Home** |

### Location Info:

| | |
|---|---|
| School District : **403** | Flood Zone Code : **C** |
| Subdivision : **Firwood Acres** | Zoning : **R10** |
| Census Tract : **731.14** | Old Map : **914-E1** |
| Carrier Route : **R003** | Neighborhood Code : **0060801** |
| Flood Zone Panel : **5301380590C** | Map Page/Grid : **03-18-24-NE-SE** |
| Panel Date : **08/19/1987** | |

### Tax Info:

| | |
|---|---|
| Tax ID : **500107-006-0** | Improved Assessment : **$44,000** |
| Parcel ID : **5001070060** | Total Assessment : **$134,700** |
| Tax Year : **2009** | % Improv : **33%** |
| Annual Tax : **$1,748** | Legal Description : **Section 24 Township 18 Range 03 Quarter 14 Firwood Acres: Firwood Acres Se Of Ne 24-18-03e L 5 Ease Of Rec Approx 21,781 Sq Ft Out Of 1-007 Seg G0250 Md 9/7/94md T/E 1993 Liber Liberator S#09l26185xu 27x40 (P50000-64305) Vs 9/99** |
| Assessment Year : **2009** | Lot Number : **5** |
| Land Assessment : **$90,700** | |

### Characteristics:

| | |
|---|---|
| Water : **Type Unknown** | Sewer : **Type Unknown** |
| Lot Acres : **.5** | Cooling Type : **Central** |
| Lot Sq Ft : **21,781** | Heat Type : **Forced Air** |
| Porch : **Enclosed Porch** | Building Sq Ft : **1,080** |
| Above Gnd Sq Ft : **1080** | Roof Material : **Composition Shingle** |
| Interior Wall : **Panelled** | Exterior : **Hardboard** |
| Floor Cover : **Carpet** | Stories : **1** |
| Year Built : **1993** | Condition : **Average** |
| Effective Year Built : **1993** | Bedrooms : **3** |
| Total Baths : **2** | Equipment : **Range Oven** |
| Full Baths : **2** | Bath Fixtures : **6** |
| Quality : **Poor** | Zoning : **R10** |

### Last Market Sale:

Realist                                                                                          Page 2 of 2

Recording Date : **05/26/2000**                                    Deed Type : **Warranty Deed**
Settle Date : **05/18/2000**                               Owner Name : **Williams Hope E**
Sale Price : **$95,800**                                        Seller : **Cottrell Varnie E**

**Sales History:**
Recording Date : **05/26/2000**
Sale Price : **$95,800**
Buyer Name : **Shows Robert L**
Seller Name : **Cottrell Varnie E**
Document No : **200005260567**
Document Type : **Warranty Deed**
Hist Document No : **1030372**

**Mortgage History:**
Mortgage Date : **10/28/2003**               **05/26/2000**
Mortgage Amt : **$91,806**                **$95,652**
Mortgage Lender : **Amtrust Mtg Corp**        **Eagle Hm Mtg Inc**
Mortgage Type : **Conventional**              **Fha**

Courtesy of Kenny Pleasant
NWMLS

The data within this report is compiled by First American CoreLogic from public and private sources. If desired, the accuracy of the data
contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

# Exhibit  3

# Exhibit  3



Tahoe Resort Properties
"The Gold Standard"

10044 Donner Pass Road
Truckee, California 96161
**530.587.0828**
Fax 530.587.5934

February 20, 2010

Hope Williams
P.O.Box 2588
Truckee, CA 96160

### RE:  10761 Ponderosa Drive Truckee, CA; APN #19-290-01

Dear Hope,

Thank you for contacting regarding your Ponderosa Palisades home.  Enclosed please find a current market analysis and property profile for your property located at the address referenced above.

My evaluation uses the same variables a fee appraiser utilizes; a correlation between location, property conditions and characteristics, and economic trends.

The analysis is broken down into three segments: 1) Properties currently on the market, 2) Properties that have recently sold, and 3) Properties that are in escrow as well as those showing ACN=Active/Contingent- Short Sales pending bank approval, (which includes the listing price).  Although these properties differ somewhat from yours, they do provide a basic comparison for a market analysis.  Town of Truckee Building Department records show a residence of 2,232 square feet, with decking of 646 sq. ft. and detached garage of 528 sq. ft.  Metro scan Country records show building square footage of 2,542 square feet.  For the purpose of this analysis I will use the larger Metro scan County info showing a 3 bedroom/3bath/2garage 2,542 square foot home.

Currently inventory is low and there are only 5 homes actively for sale and two ACN=active/contingent in Ponderosa Palisades and Sierra Meadows areas ranging in price from $270,000 to $529,000 with an average list price of $368,285 and averaging $242.80 per square foot. There are currently 0 homes in escrow.  There have been 14 homes sold since the 4th quarter of 2009 to date with a sold price range of $241,239 to $529,000 with an average sold price of $358,824., a dollar per sq. foot range of $160.61 - $305.56 per sq. ft. for a very small home and averaging $227.84 per square foot.   There have been many home sales through out Truckee the past 6 months located on parcels of 1+ acre that have sold for under $200.00 per sq. ft.



Each office is Independently owned and operated

Page 2 of 2
Hope Williams
P.O.Box 2588
Truckee, CA 96160

After very slow 1st and 2nd quarters of 2009 we experienced a pickup in sales in the 3rd and 4th quarters. The majority of the homes sold were short sales and bank owned REO's that were aggressively priced and continue to impact our market. We have seen an increase in buyer interest in most areas of Truckee, however we are still experiencing prices and values adjusting downward in all communities along with inventory increasing.

Your property is located in popular community offering great proximity to Old Town Truckee and fantastic year round recreation that would be desirable for both full time and vacation living. The site is spectacular, a .75 acre parcel with views, gorgeous rock outcroppings and a serene setting. It is difficult giving you an estimate without viewing the interior of home and garage however from the descriptions you have provided me, living space over garage, condition and steepness of driveway, improvements and repairs needed and based on the strength of the current market it is my opinion that the value of your home is in the range of $ 395,000 - $445,000.

I hope this information is useful to you. Please give me a call with any questions you may have or for any additional information. I look forward to assisting you with the marketing and sale of your property should you decide to list your property.

Sincerely,



CHRIS CARROLL
— REAL ESTATE SERVICES —

Century 21 TRP
10044 Donner Pass Road
Truckee, California 96161
800 470-0045 office
530-587-4918 office
530-386-0845 cell
chris@tahoetruckee.com
www.tahoetruckee.com

# Exhibit  4

# Exhibit  4

Rent and Expenses 3/18/10

| Rents | | Expenses | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Amount | Month | First | Second | Utilities | Water | Garbage | Phone/Internet | Cablevision | Insurance | Laundry | Pest Control |
| Jan-09 | $17,767.00 | Jan-09 | $5,508.73 | $2,000.00 | $3,326.16 | $365.66 | $323.13 | $169.23 | $456.56 | $859.80 | $200.00 | $55.00 |
| Feb-09 | $15,985.00 | Feb-09 | $5,508.73 | $2,000.00 | $3,838.28 | $375.49 | $323.89 | $59.18 | $456.56 | $0.00 | $100.00 | $55.00 |
| Mar-09 | $16,310.00 | Mar-09 | $5,508.73 | $2,000.00 | $2,880.99 | $377.42 | $323.13 | $204.41 | $456.56 | $0.00 | $0.00 | $55.00 |
| Apr-09 | $18,310.00 | Apr-09 | $5,508.73 | $2,000.00 | $3,099.33 | $370.73 | $323.13 | $169.24 | $505.38 | $0.00 | $200.00 | $55.00 |
| May-09 | $15,789.00 | May-09 | $5,508.73 | $2,000.00 | $0.00 | $422.91 | $323.23 | $168.05 | $483.08 | $1,712.40 | $100.00 | $55.00 |
| Jun-09 | $19,072.00 | Jun-09 | $5,508.73 | $2,000.00 | $2,581.14 | $397.70 | $0.00 | $169.07 | $483.68 | $859.70 | $0.00 | $0.00 |
| Jul-09 | $17,135.00 | Jul-09 | $5,508.73 | $2,000.00 | $1,979.52 | $419.79 | $646.13 | $191.28 | $529.72 | $1,709.70 | $100.00 | $110.00 |
| Aug-09 | $16,055.00 | Aug-09 | $5,508.73 | $2,000.00 | $1,639.16 | $0.00 | $0.00 | $89.79 | $488.89 | $859.70 | $0.00 | $0.00 |
| Sep-09 | $17,875.00 | Sep-09 | $5,508.73 | $2,000.00 | $2,343.88 | $397.22 | $323.13 | $195.98 | $478.05 | $1,360.71 | $200.00 | $55.00 |
| Oct-09 | $14,002.00 | Oct-09 | $5,508.73 | $2,000.00 | $1,922.75 | $470.10 | $323.13 | $111.40 | $488.29 | $859.70 | $100.00 | $0.00 |
| Nov-09 | $12,045.00 | Nov-09 | $5,508.73 | $2,000.00 | $3,338.40 | $380.10 | $646.26 | $0.00 | $482.71 | $859.70 | $100.00 | $100.00 |
| Dec-10 | $19,170.00 | Dec-10 | $5,508.73 | $2,000.00 | $2,126.36 | $398.10 | $323.13 | $111.88 | $503.34 | $859.70 | $0.00 | $100.00 |
| Jan-10 | $13,625.00 | Jan-10 | $5,511.23 | $2,000.00 | $0.00 | $0.00 | $323.13 | $0.00 | $511.38 | $859.70 | $0.00 | $0.00 |
| Feb-10 | $14,159.00 | Feb-10 | $5,511.73 | $2,000.00 | $3,343.03 | $312.02 | $323.13 | $133.78 | $518.97 | $859.70 | $100.00 | $0.00 |
| Totals | $227,299.00 | Totals | $77,127.72 | $28,000.00 | $32,419.00 | $4,687.24 | $4,524.55 | $1,916.44 | $6,843.17 | $11,660.51 | $1,229.54 | $640.00 |
| Averages | $ 16,395.00 | Averages | $ 5,509.12 | $ 2,000.00 | $ 2,315.64 | $ 334.80 | $ 323.18 | $ 136.89 | $ 488.80 | $ 832.89 | $ 87.82 | $ 45.71 |

Miscellaneous Expenses include Business license, room tax, fire extinguisher, engineering, drain, refunds, evictions, lock smith and plumbing

Rent and Expenses 3/18/10

| Trinity Lease | Sewer | Property Taxes | Office Supplies | Advertising | Maintenance | Misc. | Total Expense | Profit or Loss |
|---|---|---|---|---|---|---|---|---|
| $414.59 | $0.00 | $1,699.67 | $242.89 | $68.20 | $1,000.00 | $289.00 | $16,978.62 | $788.38 |
| $414.57 | $0.00 | $0.00 | $0.00 | $68.20 | $1,109.00 | $3,360.00 | $14,708.90 | $1,276.10 |
| $456.03 | $0.00 | $0.00 | $0.00 | $68.20 | $1,000.00 | $118.60 | $15,216.74 | $1,093.26 |
| $414.57 | $0.00 | $1,767.67 | $0.00 | $68.20 | $1,000.00 | $586.40 | $15,589.31 | $2,720.69 |
| $414.57 | $1,288.60 | $0.00 | $0.00 | $25.00 | $1,000.00 | $1,700.00 | $12,319.61 | $3,469.39 |
| $456.03 | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | $106.64 | $14,356.00 | $4,715.95 |
| $414.57 | $0.00 | $1,830.55 | $51.39 | $0.00 | $1,000.00 | $900.00 | $17,061.00 | $74.00 |
| $414.57 | $0.00 | $0.00 | $0.00 | $100.00 | $1,000.00 | $2,300.17 | $14,420.41 | $1,634.59 |
| $414.57 | $0.00 | $1,830.55 | $0.00 | $228.02 | $1,000.00 | $361.00 | $25,612.00 | ($7,737.00) |
| $456.89 | $3,359.18 | $0.00 | $85.57 | $103.42 | $1,000.00 | $7,744.24 | $15,530.72 | ($1,528.72) |
| $456.09 | $0.00 | $0.00 | $0.00 | $201.50 | $1,000.00 | $300.00 | $15,908.93 | ($3,863.93) |
| $414.57 | $0.00 | $1,830.55 | $0.00 | $0.00 | $1,000.00 | $1,036.94 | $17,311.40 | $1,858.60 |
| $414.57 | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | $862.72 | $15,908.60 | ($263.50) |
| $456.09 | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | $3,105.36 | $16,839.16 | ($2,680.16) |
| $456.03 | $1,282.32 | $1,830.55 | $30.44 | $0.00 | $1,000.00 | $13,888.50 |  |  |
| $414.57 | $0.00 | $0.00 | $50.19 | $0.00 | $1,000.00 | $400.00 |  |  |
| $456.03 | $0.00 | $1,830.58 |  | $0.00 | $1,000.00 |  |  |  |
| $ 429.44 | $ 423.58 | $ 770.68 | $ 32.89 | $ 66.48 | $ 1,007.79 | $ 1,318.65 | $ 16,124.38 | $ 111.26 |