1  DANIEL S. CORDER, ESQ.
   DANIEL S. CORDER, LTD.
2  147 East Liberty Street, Suite 3      FILED ELECTRONICALLY ON 04/02/10
   Reno, Nevada 89501
3  Telephone No. (775) 324-0338
   Fax: CALL FOR PERMISSION
4  Email: idontlikemondays@msn.com
   Nevada State Bar No. 2215
5
   Attorneys for Creditor
6  CHERYL CAIRNS

7

8

9

10                UNITED STATES BANKRUPTCY COURT

11                   FOR THE DISTRICT OF NEVADA

12

13  IN RE:                              CHAPTER 11
                                        CASE NO. BK-N-09-54139-gwz
14  HOPE EVANGELINE WILLIAMS,
                                        **STIPULATION TO RESET HEARING ON**
15           Debtor.                    **DEBTOR'S DISCLOSURE STATEMENT**

16                                      Old Hearing Date:   June 22, 2010
                                        Old Hearing Time:   2:00 o'clock p.m.
17
                                        New Hearing Date:   May 25, 2010
18                                      New Hearing Time:   2:00 o'clock p.m.

19  _____/

20      IT IS HEREBY STIPULATED AND AGREED by and between Creditor, CHERYL

21  CAIRNS, by and through her counsel, DANIEL S. CORDER, LTD., and HOPE EVANGELINE

22  WILLIAMS, the Debtor above named, by and through her counsel, MICHAEL LEHNERS, ESQ.,

23  that WHEREAS, the above entitled Court made and entered its Order Regarding Debtor's Motion for

24  Use of Cash Collateral on the 17th day of March, 2010; and WHEREAS, such Order provides, inter

25  alia, that Debtor shall file a plan and disclosure statement no later than March 26, 2010, and that the

26  Court shall hold a status hearing at the time of the hearing on the disclosure statement to determine

1  whether the Debtor may retain a second vehicle and a second residence; and WHEREAS, the Debtor
2  so filed a plan and disclosure statement and scheduled a hearing on the Debtor's Disclosure Statement
3  for the 22nd day of June, 2010; and WHEREAS, the parties now desire to provide for a hearing on
4  the Debtor's Disclosure Statement at a mutually convenient earlier time without rescheduling the
5  status hearing on the determination of whether the Debtor may retain a second vehicle and a second
6  residence; NOW, THEREFORE, it is hereby

7  STIPULATED AND AGREED that the hearing on the Debtor's Disclosure Statement
8  scheduled for the 22nd day of June, 2010, at 2:00 o'clock p.m., shall be rescheduled for the 25th day
9  of May, 2010, at 2:00 o'clock p.m., and it is hereby

10  FURTHER STIPULATED AND AGREED that the status hearing on the determination of
11  whether the Debtor may retain a second vehicle and a second residence shall remain scheduled for the
12  22nd day of June, 2010, at 2:00 o'clock p.m.

13  DATED this 2nd day of April, 2010.

DANIEL S. CORDER, LTD.

By /s/ DANIEL S. CORDER
   DANIEL S. CORDER, ESQ.
   Attorney for CHERYL CAIRNS

18  DATED this 2nd day of April, 2010.

/s/ MICHAEL LEHNERS
MICHAEL LEHNERS, ESQ.
Attorney for Debtor

**CERTIFICATE OF SERVICE**

Pursuant to LR 7005(a), Fed. R. Bankr. P. 7005 and Fed. R. Civ. P. 5(b), I certify that I am a member of the bar of the above entitled Court and that on this day, service of the foregoing was accomplished through the Notice of Electronic Filing for the parties and counsel who are Filing Users, specifically including, without limitation, the following:

RICHARD G. HILL

MICHAEL LEHNERS

U.S. TRUSTEE - RN - 7

NATHAN R. ZELTZER

DATED this 2nd day of April, 2010.

/s/ DANIEL S. CORDER
DANIEL S. CORDER