**Entered on Docket**
**August 30, 2010**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

DANIEL S. CORDER, ESQ.
DANIEL S. CORDER, LTD.
147 East Liberty Street, Suite 3
Reno, Nevada 89501
Telephone No. (775) 324-0338
Fax: CALL FOR PERMISSION
Email: idontlikemondays@msn.com
Nevada State Bar No. 2215

Attorneys for Creditor
CHERYL CAIRNS

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CHAPTER 11<br>CASE NO. BK-N-09-54139-gwz |
| HOPE EVANGELINE WILLIAMS,<br><br>    Debtor.<br><br>_____/ | **ORDER DENYING CONFIRMATION OF DEBTOR'S PLAN**<br><br>Hearing Date: August 24, 2010<br>Hearing Time: 3:00 o'clock p.m. |

    The Debtor's Plan of Reorganization having been filed on the 26th day of March, 2010, the Debtor's First Amended Disclosure Statement having been filed on the 26th day of May, 2010, an Order Approving Debtor's First Amended Disclosure Statement having been made and entered on

the 4th day of June, 2010, Cheryl Cairns' Amended Objection to Confirmation of Debtor's Plan having been filed on the 6th day of August, 2010, the Debtor's Reply to Cheryl Cairns' Amended Objection to Confirmation of Debtor's Plan having been filed on the 18th day of August, 2010, Cheryl Cairns' Motion for Relief from Automatic Stay, the Declaration of Cheryl Cairns in Support of Motion for Relief from Automatic Stay, the Declaration of Joseph S. Campbell, MAI, in Support of Cheryl Cairns' Motion for Relief from Automatic Stay, and the Declaration of Daniel S. Corder in Support of Cheryl Cairns' Motion for Relief from Automatic Stay, having all been filed on the 23rd day of July, 2010, the Debtor's Opposition to Motion for Stay Relief and the Declaration of Brian Egan in Support of Opposition to Motion for Stay Relief having both been filed on the 4th day of August, 2010, the Debtor's Ex-Parte Application for an Order Authorizing Employment of Realtor and the Declaration of Brian Egan of Egan Commercial Real Estate in Support of Motion to Employ Realtor having both been filed on the 6th day of August, 2010, Cheryl Cairns' Reply to Opposition to Motion for Stay Relief having been filed on the 17th day of August, 2010, the Motion and confirmation of the Debtor's Plan having both come on for hearing on the 24th day of August, 2010, notice of such hearing having been given in the manner prescribed by law, the Movant having appeared personally and by and through her counsel, DANIEL S. CORDER, ESQ., the Debtor having appeared personally and by and through her counsel, MICHAEL LEHNERS, ESQ., the Court having considered all of the facts and law relative to the matter, its findings of fact and conclusions of law having been stated orally and recorded in open court in accordance with Rule 7052 of the Federal Rules of Bankruptcy Procedure, being fully advised in the premises, and for good cause appearing, it is hereby

ORDERED that confirmation of the Debtor's Plan of Reorganization shall be, and hereby is, denied.

## L.R. 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies as follows:

____    The court has waived the requirement of approval under LR 9021.

1  ____  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered
2        a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented
       parties who appeared at the hearing, and each has reviewed, approved or disapproved the
3        order, or failed to respond to the document, as indicated below:

4   X   This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
       counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing,
5        and each has approved or disapproved the order, or failed to respond to the document, as
       indicated below:

6  ____  I certify that I have served a copy of this order with the motion, and no parties appeared or
7        filed written objections.

8  APPROVE:               :             Submitted this 27th day of August, 2010, by:

9
   /s/ MICHAEL LEHNERS                  /s/ DANIEL S. CORDER
10 MICHAEL LEHNERS                      DANIEL S. CORDER, ESQ.
   Attorney for Debtor                  Attorney for CHERYL CAIRNS
11

12                                      ###

- 3 -